| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>           U.S. MAGISTRATE JUDGE | DATE: 4/5/2017<br>TIME: 10:30 AM<br>FTR:10:42-10:58 |

CASE:  **CV 16-1728 (DRH) (AYS)** Wisdom v. The County of Nassau et al

TYPE OF CONFERENCE: STATUS

APPEARANCES:       Plaintiff       <u>Amir Benno</u>

                             Defendant     <u>Ralph Reissman</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.
☐ Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
☐ Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.
☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
X Other:

Schedule set by the Court:

- By May 5, 2017:

    o Plaintiff will review documents received from Defendants, and request additional documentation.

    o Plaintiff will subpoena necessary documentation and transcripts.

    o Plaintiff will let Defendant know exactly what damages he is claiming.

- On  May 22, 2017:

    o Parties shall submit a joint status letter, which shall update the Court on the progress of discovery. Specifically, the letter shall state whether there are any outstanding documents, and it shall set forth dates certain for depositions. The letter shall also state whether Plaintiff will be adding or removing Defendants, and shall identify all Defendants that are in the case.

                                                                    SO ORDERED

                                                                     /s/ Anne Y. Shields     
                                                                    ANNE Y. SHIELDS
                                                                    United States Magistrate Judge