| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>        U.S. MAGISTRATE JUDGE | DATE: 4/30/2018<br>TIME: 2:00 PM<br>FTR:2:17-2:41 |

CASE:  **CV 16-1728 (DRH) (AYS)** Wisdom v. The County of Nassau, et al

TYPE OF CONFERENCE: MOTION

APPEARANCES:  Plaintiff  Amir Benno

                    Defendant  Ralph Reismann

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.
☐ Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
☐ Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.
☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
☒ Other:

The Court heard Parties' positions regarding Plaintiff's motion for a certificate of default, DE 48. The Court has issued a report and recommendation that such motion be denied. DE 54.

Parties are directed to confer with regard to defendant police officer depositions.
Defense Counsel has requested the prior disciplinary records of the police officer defendants. Once such records become available, Defendants will provide them to Plaintiff.
Defense Counsel will determine the officers' schedules by the end of the week.
By 5/4/18, parties shall submit a joint letter setting forth groups of defendants that Plaintiff wants to depose and the schedule for such depositions.
Parties will attempt to take the depositions of all police officer defendants by the end of June. All depositions are without prejudice to Plaintiff recalling officers if necessary based upon later review of documents.

                                                SO ORDERED

                                                /s/ Anne Y. Shields
                                               ANNE Y. SHIELDS
                                               United States Magistrate Judge