UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KHALID WISDOM,                                          **ORDER ADOPTING REPORT and**
               Plaintiff,                **RECOMMENDATION**
                                                                   Civil Action No. 16-1728 (DRH)(AYS)

    -against-

THE COUNTY OF NASSAU, et al.,

               Defendants.
-------------------------------------------------------X

**HURLEY, Senior District Judge:**

       Presently before the Court is the Report and Recommendation of Magistrate Judge Anne Y. Shields, dated May 3, 2018, recommending that the motion by plaintiff for entry of a certificate of default and a default judgment pursuant to Fed. R. Civ. P. 37 against defendants be denied. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

       Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the May 3, 2018 Report and Recommendation of Judge Shields as if set forth herein. Accordingly,

       IT IS HEREBY ORDERED that plaintiff's motion for entry of a certificate of default and a default judgment pursuant to Fed. R. Civ. P. 37 is denied

Dated: Central Islip, New York
       June 1, 2018                       /s/  Denis R. Hurley
                                          Denis R. Hurley
                                          United States District Judge