| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE: ANNE Y. SHIELDS                                                      DATE: 6/11/2018
         U.S. MAGISTRATE JUDGE

CASE:  **CV 16-1728 (DRH) (AYS)** Wisdon v. The County of Nassau, et al

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:    Plaintiff        Gabriel Harvis

                        Defendant     Ralph Reissman

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     Settlement conference scheduled for  __  in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐     Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒     Other:

**Rulings by the Court:**

      The Nassau County officers shall take be deposed at the Brooklyn Courthouse unless counsel can otherwise compromise on a suitable deposition location.


                                              SO ORDERED

                                              /s/ Anne Y. Shields
                                              ANNE Y. SHIELDS
                                              United States Magistrate Judge