

**LAURA CURRAN**
**County Executive**

**JARED A. KASSCHAU**
**County Attorney**

**RALPH J. REISSMAN**
**Deputy County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
Tel.  (516) 571-3046 / Fax (516) 571-3058

June 12, 2018

VIA ECF
Hon. Anny Y. Shields
United States District Court
100 Federal Plaza
Central Islip, New York 11722

   Re:  Wisdom v. County of Nassau
        16-CV-01728 (DRH)(AYS)

Dear Magistrate Judge Shields:

   This office represents defendants, County of Nassau, the Nassau County Police Department, Det. Charles Pentola, Det. Raymond Butterworth, P.O. Victor Gladitz, P.O. Kerri Ann Hoovert, P.O. Jorge Diaz, Sgt, Vincent Papa, P.O. Charles Volpe, P.O. Tanya Tucker, P.O. John Monell, Sgt. Kenneth Catalani, Det. Roy McComb, Det. G. Umbarila, P.O. Erik Diaz, and Lt. Adam Scheiner in the above-referenced action.  The purpose of this letter is to report on the schedule for initial depositions, as directed by the Court.  For the initial round of depositions as selected by plaintiff's attorney, to be held at his office located at 80 Pine Street in Manhattan, the schedule at this point is as follows:

   Monday, June 18 at 11:00 a.m. – Det. Charles Pentola
   Wednesday, June 20 at 11:00 a.m. – Det. Kerri Ann Hoovert
   Friday, June 22 at 11:00 a.m. – P.O. Victor Gladitz
   Wednesday, June 27 at 11:00 a.m. – P.O. Charles Volpe
   Thursday, June 28 at 11:00 a.m. -- P.O. Jorge Diaz

   Please note that I am awaiting confirmation from the officers as to the above dates.

   As always, defendants thank Your Honor for your attention and consideration in this matter.

                                          Respectfully submitted,

                                          /s/ Ralph J. Reissman
                                          RALPH J. REISSMAN
                                          Deputy County Attorney

cc:  Gabriel Harvis, Esq. (Via ECF)