| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>U.S. MAGISTRATE JUDGE | DATE: 10/30/18<br>TIME:<br>FTR: |

CASE:  **CV 16-1728 (DRH) (AYS)** Wisdom v. The County of Nassau

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:    Plaintiff     <u>Gabriel Harvis</u>

                Defendant    <u>Ralph Reissman</u>

**THE FOLLOWING RULINGS WERE MADE:**
☐    Scheduling Order entered.
☐    Settlement conference scheduled for ___ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
☐    Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.
☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
X    Other:
**Rulings by the Court:**

> Counsel are directed to submit a joint letter to this Court on November 9, 2018 setting forth proposed dates for the depositions of the four officers and one ADA for this Court's review.

                                                SO ORDERED

                                                 /s/ Anne Y. Shields
                                                ANNE Y. SHIELDS
                                                United States Magistrate Judge