| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: ANNE Y. SHIELDS                                             DATE: 3/13/19
        U.S. MAGISTRATE JUDGE

CASE:  **CV 16-1728 (DRH) (AYS)** Wisodom v. The County of Nassau, et al

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:        Plaintiff         Gabriel Harvis

                            Defendant        Ralph Reissman

**THE FOLLOWING RULINGS WERE MADE:**
- ☐ Scheduling Order entered.
- ☐ Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
- ☐ Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.
- ☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
- ☐ Other:

**Rulings by the Court:**

- By March 29, 2019, Defense counsel to provide Plaintiff's counsel with deposition date for employed officer. The deposition is to be completed prior to April 16, 2019.

- The officer's memo-book is to be produced prior to the deposition.

- If defense counsel has still not received communication from the retired officer by April 8, 2019, defense counsel is directed to provide Plaintiff's counsel with the retired officer's last know information, including address.

- The deadline by which to amend the pleadings is STAYED through April 16, 2019.

- On April 16, 2019, counsel are directed to jointly call chambers at (631) 712-5712 to advise this Court as to the status of this matter.


SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge