| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: ANNE Y. SHIELDS                               DATE: 4/25/19
        U.S. MAGISTRATE JUDGE

CASE:  **CV 16-1728 (DRH) (AYS)** Wisdom v. The County of Nassau, et al

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:     Plaintiff     <u>Gabriel Harvis</u>

                      Defendant     Ralph Reissman

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.
☐ Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
☐ Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.
☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
X Other:

**Rulings by the Court:**

- The deposition of Plaintiff will be conducted on or before May 16, 2019.

- Plaintiff shall provide Defendants with the expert report by May 31, 2019.

- Defendants shall provide Plaintiff with the expert rebuttal report by July 12, 2019.

- All discovery, including expert discovery, shall be completed by August 12, 2019.

- Any party planning on making a dispositive motion must commence such motion practice, in accordance with the District Court's individual rules, by August 26. 2019.

- The joint proposed pre-trial order shall be filed by September 26, 2019.


                                            SO ORDERED

                                            /s/ Anne Y. Shields
                                            ANNE Y. SHIELDS
                                            United States Magistrate Judge