

eeplaw.com
**80 Pine Street, 38th Floor**
**New York, New York 10005**
**T. 212.532.1116 F. 212.532.1176**

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
DANIEL SOLINSKY
ANDREW VILLA

*Also Admitted In New Jersey

October 28, 2019

**BY ECF**
Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *Wisdom v. Nassau County*, 16 CV 1728 (DRH) (AYS)

Your Honor:

I represent plaintiff Khalid Wisdom in the above-referenced action. I write with defendants' consent to respectfully request a one-week extension of the existing briefing schedule for the parties' cross motions for summary judgment.

By order dated August 30, 2019, the Court set a briefing schedule by which plaintiff's opposition and affirmative motion are due on October 31, 2019. If it should please the Court, the undersigned is in the midst of preparing for trial in *Hamilton v. City of New York*, 15 CV 4574 (CBA), a complex 21-year wrongful conviction action commencing November 12, 2019 in this district. The proposed extension should allow the undersigned sufficient time to prepare plaintiff's briefing in this action.

Plaintiff respectfully proposes the following revised schedule:

| | |
|---|---|
| **Plaintiff's opposition and cross-motion served by:** | November 7, 2019 |
| **Defendants' reply and opposition served by:** | December 2, 2019 |
| **Plaintiff's reply served, and all papers filed by:** | December 27, 2019 |

Hon. Denis R. Hurley
Oct. 28, 2019

      No prior requests for adjournment of the briefing schedule have been submitted. In light of the foregoing, plaintiff respectfully requests, on consent, that the Court review and endorse plaintiff's proposed revised schedule as set forth above.

      Thank you for your consideration of this request.

                                            Respectfully submitted,

                                            Gabriel P. Harvis

cc:      Defense Counsel