

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

August 25, 2022

**BY ECF**
Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Wisdom v. Cty. of Nassau, et al.*, 16 CV 1728 (DG) (AYS)

Your Honor:

    I represent plaintiff in the above-referenced matter. I write jointly with defendants to respectfully request that the Court convene a pre-trial conference for the purposes of selecting a trial date.

    If it should please the Court, summary judgment was decided on May 21, 2020, when the Hon. Denis R. Hurley adopted the Report & Recommendation of the Hon. Anne Y. Shields. *See* DE #93. The parties thereafter engaged in significant mediation under a referral issued by Your Honor by order dated May 18, 2021. Pursuant to the instructions of the Honorable Presiding Magistrate Judge, the parties then filed a Joint Pre-Trial Order in accordance with this Court's Individual Practices on May 20, 2022 (DE #102) and discovery was certified as complete by order dated May 23, 2022.

    The parties have conferred and jointly request that the Court schedule the trial and set a deadline for the filing of in limine motions and other pre-trial submissions.

    Thank you for your consideration of this request.

                                         Respectfully submitted,

                                         Gabriel P. Harvis

cc:     Defense Counsel